# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-0486 PA (FFMx) | Date | January 30, 2018 |
|---|---|---|---|
| Title | Patricia Villaneuva v. Toyota Motor Credit Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On January 22, 2018, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by January 29, 2018, if she objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defect.

Accordingly, for the reasons stated in the January 22, 2018, Order, this action is remanded to the Los Angeles County Superior Court, Case No. 17STLC04645.

IT IS SO ORDERED.